**UNITED STATES of America, Appellee, v. Rudy WYLK, Appellant.**

No. 69.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Milton R. Kroopf, of New York City, for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.